UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-CV-00039-GNS-HBB

AMITY M. KOCH                                                                                           PLAINTIFF

v.

THAMES HEALTHCARE GROUP, LLC                                                      DEFENDANT

## **JUDGMENT**

This matter having come before the Court on Defendant's Motion for Summary Judgment (DN 24), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Thames Healthcare Group, LLC consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

March 31, 2020

cc:     counsel of record