**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:18-CV-39-GNS**
*FILED ELECTRONICALLY*

AMITY M. KOCH                                                                               PLAINTIFF

v.                                     **NOTICE OF APPEAL**

THAMES HEALTHCARE GROUP, LLC                                DEFENDANTS

*******

Notice is hereby given that Plaintiff Amity M. Koch in the above-named case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order granting Defendant Thames Healthcare Group, LLC's motion for summary judgment and denying the motions in limine of Plaintiff and Defendant as moot (DN 43), as well as the Judgment (DN 44), both entered by the United States District Court for the Western District of Kentucky on March 31, 2020.

                                                     Respectfully submitted,

                                                     /s/ *Garry R. Adams*
                                                     Garry R. Adams
                                                     John S. Phillips
                                                     Abigail V. Lewis
                                                     ADAMS LANDENWICH WALTON, PLLC
                                                     517 W. Ormsby Avenue
                                                     Louisville, KY 40203
                                                     (502) 561-0085
                                                     garry@justiceky.com
                                                     john@justickey.com
                                                     abigail@justiceky.com
                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing was filed with the Clerk of the court using the CM/ECF system on Tuesday, April 7, 2020 to the following:

Byron N. Miller (bmiller@tmslawplc.com)
Adam B. Shadburne (ashadburne@tmslawplc.com)
Michael J. Bender (mbender@tmslawplc.com)
Joseph A. Wright (jwright@tmslawplc.com)
734 West Main Street, Suite 400
Louisville, Kentucky 40202
(502) 585-9900
*Counsel for Defendant*

/s/ *Garry R. Adams*
Garry R. Adams
John S. Phillips
Abigail V. Lewis