# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 04, 2021

Ms. Vanessa L. Armstrong
Western District of Kentucky at Bowling Green
241 E. Main Street
Suite 120 Federal Building
Bowling Green, KY 42101-0000

      Re:  Case No. 20-5367, *Amity Koch v. Thames Healthcare Group*
            Originating Case No. 1:18-cv-00039

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely,

                                    s/Gretchen S. Abruzzo, Case Manager for
                                    Sharday Swain, Case Manager
                                    Direct Dial No. 513-564-7027

cc:  Mr. Garry Richard Adams Jr.
      Ms. Abigail Victoria Lewis
      Mr. Byron N. Miller
      Mr. Joseph Andrew Wright

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-5367

_____

Filed: June 04, 2021

AMITY KOCH

    Plaintiff - Appellant

v.

THAMES HEALTHCARE GROUP, LLC

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/13/2021 the mandate for this case hereby issues today.

COSTS: None